

**FILED**

8:53 am, 6/12/17

**Stephan Harris
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| VS. | Case No: 17-CR-0124 |
| GIBSON CONDIE | |
| Defendant. | |

---

### ORDER SETTING STATUS CONFERENCE
---

This matter comes before the Court on the Government's Motion to Declare Case Complex, ECF No. 13.  After reviewing the motion, Court finds a status conference is necessary to discuss the motion and to set a trial date.  As such, the Court hereby **ORDERS that a status conference shall be held on the 22nd day of June, 2017 at 2:00 p.m. in Judge Johnson's Chambers, 2120 Capitol Ave., Cheyenne, Wyoming.**  Parties may participate in the hearing by telephone conference call, if they wish, but must advise the Court of their intent to do so in a timely fashion.  They must coordinate with each other to arrange to participate by telephone.  The Government is instructed to arrange the conference call and shall ensure that all telephone participants call in on one and the same line, to (307) 433-2170 at the scheduled time.

It is so ORDERED.

Dated this 8-14 day of June, 2017.

*Alan B. Johnson*
Alan B. Johnson
United States District Judge