# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

9:06 am, 6/26/17

**Stephan Harris**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | |
| vs. | Case Number: 17-CR-124-J |
| GIBSON CONDIE | Interpreter Needed: No |
| Defendant. | Setting or Resetting: Resetting |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| Place: | Before: | |
|---|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Judge Johnson's Chambers | Alan B. Johnson, United States District Judge | |
| | Date and Time PREVIOUSLY SCHEDULED: | CONTINUED TO, Date and Time: |
| | 6/30/17 at 9:30 am | 7/10/17 at 2:00 pm |

Type of Proceeding:

## STATUS CONFERENCE

All parties should appear by telephone, with Government initiating the call, through a conference call operator, and connecting to the Court at 307-433-2170. Parties are advised to have their calendars on hand to assist with scheduling.

Stephan Harris
Clerk of Court

Dated this 26th day of June, 2017.

Sarah Williamson
Deputy Clerk

TO:

U.S. Attorney                     Defense Counsel
U.S. Marshal                      Defendant through Counsel
U.S. Probation Office             Court Reporter