IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 SEP 13 PM 3:44
STEPHAN HARRIS, CLERK
CHEYENNE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GIBSON CONDIE,

    Defendant.

Case No. 17-CR-124-J

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE ALL NON-DISCOVERY PRETRIAL MOTIONS

THIS MATTER comes before the Court on Defendant's Motion to Extend Time to File all Non-Discovery Pretrial Motions. For the reasons stated in Defendant's motion, and for good cause shown, the motion is GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the current deadline of September 18, 2017 for filing all non-discovery pretrial motions, including a motion for a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, is hereby extended to October 13, 2017.

SO ORDERED this 13th day of September, 2017

Alan B. Johnson
United States District Judge