FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 OCT 13 PM 2:02

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-CR-124-ABJ |
| GIBSON CONDIE, | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S SECOND MOTION TO EXTEND TIME TO FILE ALL NON-DISPOSITIVE PRETRIAL MOTIONS**

THIS MATTER comes before the Court on Defendant's Second Motion to Extend Time to File all Non-Discovery Pretrial Motions. For the reasons stated in Defendant's motion, and for good cause shown, the motion is GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the current deadline of October 13, 2017 for filing all non-discovery pretrial motions, including a motion for a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure, is hereby extended to October 27, 2017.

SO ORDERED this __13th__ day of October, 2017

Alan B. Johnson
United States District Judge