# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*2:30 pm, 10/23/17*
**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| vs. | Case Number: 17-CR-124-J |
| GIBSON CONDIE | Interpreter Needed: No |
| Defendant. | Setting or Resetting: Setting |

Type of Case:

## CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| Place: | Before: |
|---|---|
| Joseph C. O'Mahoney Federal Center<br>2120 Capitol Avenue<br>Cheyenne, WY 82001-3657<br>Courtroom 2 | Alan B. Johnson, United States District Judge |
| | Date and Time: |
| | 10/27/17 at 2:30 pm |

Type of Proceeding:

## CHANGE OF PLEA

|   |   |
|---|---|
|   | Stephan Harris |
|   | Clerk of Court |
| Dated this 23rd day of October, 2017. | Sarah Williamson |
|   | Deputy Clerk |

TO:

| | |
|---|---|
| U.S. Attorney | Defense Counsel |
| U.S. Marshal | Defendant through Counsel |
| U.S. Probation Office | Court Reporter |