# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

Alan B. Johnson
U.S. District Judge



(307) 433-2170
Fax (307) 433-2175
wyojudgeabj@wyd.uscourts.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 FEB -7  AM 9: 53
STEPHAN HARRIS, CLERK
CHEYENNE

February 6, 2018

Eric Heimann
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003

    Re:    U.S.A. v. Condie, Doc. No. 17-CR-124-J

Dear Gentlemen:

    I have attached the letter received this week from Mr. Condie. The substance of the letter is self explanatory, seeking consideration in the government's efforts to collect restitution. I am at a loss as to any authority the court possesses after entering the order for restitution as to how it is collected and the assets that may be applied to restitution. However, it seems appropriate that your offices should be advised in light of the defendant's recollection that the United States Attorney may have committed the office to an arrangement regarding the personal residence of the Condie family.

    If there is any action that the court would be expected to take under these circumstances, I will welcome your suggestions

                              Yours very truly,

                              ALAN B. JOHNSON
                              United States District Judge

ABJ/abj

cc: Stephen H. Kline

U.S.A. v. Condie 17CR124
February 6, 2018
Page 2

Attachment: Feb. 1, 2018 Letter from Gibson Condie