MARK A. KLAASSEN
United Stated Attorney
C. LEVI MARTIN (WY 6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003
Telephone: 307-772-2124
christopher.martin@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 JUN 12 PM 1: 17

STEPHAN HARRIS, CLERK
CHEYENNE

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Action No. 17-CR-124-J |
| v. | |
| GIBSON BUCKLEY CONDIE, | |
| Defendant, | |
| and | |
| LEARNING QUEST AND AMERICAN CENTURY INVESTMENTS, | |
| Garnishee. | |

## MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT

The plaintiff, the United States of America, by and through United States Attorney for the

District of Wyoming, and C. Levi Martin, Assistant United States Attorney, respectfully moves

the Court to enter the Final Order in Garnishment in this matter pursuant to 28 U.S.C. § 3205(c)(7).

In support of this motion, Plaintiff states:

1.     An Application for Writ of Garnishment was filed by the United States of America,

and a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee.

2.      Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating that at the time of the service of the writ it had in its possession or under its control personal property belonging to and due defendant in the form of earnings or other property.

3.      The defendant was served with a copy the Writ of Garnishment and notified of his right to a hearing and object to the Answer of Garnishee.  Defendant has not returned a request for a hearing to determine exempt property or to object to the Answer.

Under these circumstances, all conditions to the issuance of a final order in garnishment against the property, including nonexempt earnings of Defendant, are fully satisfied and the entry of the final order in garnishment is appropriate.

Respectfully submitted,

MARK A. KLAASSEN
United States Attorney

By:   _____

C. LEVI MARTIN
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing **MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT** upon the parties by mailing a copy thereof to the following on this <u>12th</u> day of June, 2018.

Learning Quest
PO Box 29202
Shawnee Mission, KS  66201

American Century Investments
4500 Main Street
PO Box 41041
Kansas City, MO  64111

Mr. Gibson Condie, 06697
1106 Douglas Avenue
Yankton, SD  57078

Stephen H. Kline
William B. Pilger
401 W. 19th Street
Suite 306
PO Box 1938
Cheyenne, WY  82003-1938

Kathy W. Eckhardt
Legal Assistant
Financial Litigation Unit
P.O. Box 668
Cheyenne, WY 82003-0668

3