

```
            FILED
      U.S. DISTRICT COURT
      DISTRICT OF WYOMING

      2018 NOV 27  PM 2:42

      STEPHAN HARRIS, CLERK
            CHEYENNE
```

November 20, 2018

DISTRICT OF WYOMING
FINANCIAL LITIGATION UNIT
PO BOX 668
CHEYENNE WY  82001

Tax Payer: Gibson Condie
Levy: 17-CR-124-J

We are in receipt of the Writ of Garnishment for the above referenced individual. Please be advised, we are not the employer; rather we are the record keeper for the employer sponsored retirement plan. Our company provides non-discretionary directed administrative services to the plan under a services agreement with the plan sponsor. We are not the proper recipients of this levy. We have no control over plan assets and must defer to the authority of the plan administrator of the relevant employee benefit plan.

If you have additional questions, all communication must be in writing. Please contact us in writing via facsimile to 866-745-5766 or at the address noted on this correspondence.

Empower Retirement

**RECEIVED**

NOV 26 2018

UNITED STATES ATTORNEY
Cheyenne, Wyoming

8515 E. Orchard Road
Greenwood Village, CO 80111
303.737.3000
empower-retirement.com



Insurance products offered by Great-West Life & Annuity Insurance Company, Corporate Office: Greenwood Village, CO; or in New York, by Great-West Life & Annuity Insurance Company of New York, Home Office: White Plains, NY.