Stephen H. Kline #5-1761
William B. Pilger #6-3904
KLINE, MCCORKLE & PILGER, LLP
P.O. Box 1938
Cheyenne, WY  82003-1938
Tel: (307) 778-7056
Fax: (307) 635-8106
steve@kmplaw.net
bill@kmplaw.net
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 17-CR-124-ABJ |
| GIBSON CONDIE, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, William B. Pilger, one of the attorneys of record for Defendant, Gibson Condie, and hereby respectfully requests the Court's permission to withdraw as counsel for Defendant in this matter. In support thereof, the undersigned states as follows:

1. The undersigned has accepted new employment with the State of Wyoming, Office of State Treasurer, beginning April 29, 2019.

2. The undersigned will be unable to maintain representation of private individuals, including Defendant, in his new employment.

3. The undersigned has discussed his withdrawal and the circumstances prompting this request for withdraw with Defendant and Defendant consents to the undersigned's withdrawal herein.

4. The undersigned has discussed his withdrawal and the circumstances prompting this request for withdraw with counsel for Plaintiff, United States of America, and opposing counsel does not oppose the undersigned's withdrawal herein.

5. Notwithstanding the undersigned's withdrawal, Defendant will continue to have an attorney of record herein, Stephen H. Kline.

WHEREFORE, the undersigned respectfully requests the Court grant this Unopposed Motion to Withdraw as Counsel, thereby providing permission for the undersigned to withdraw as counsel for Defendant herein.

DATED this 10th day of April, 2019.

William B. Pilger, #6-3904
Kline, McCorkle & Pilger, LLP
P.O. Box 1938
Cheyenne, WY 82003-1938
Tel: (307) 778-7056
bill@kmplaw.net
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify the foregoing pleading was served on this 10 day of April, 2019, and that copies were served as follows:

Eric J. Heimann                    [ X ] ECF/CM
U.S. Attorney's Office             [   ] E-Mail
P.O. Box 668                       [   ] Overnight Delivery
Cheyenne, WY 82003-0668            [   ] U.S. Mail

Shellie Colgan