FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 APR 17 AM 7: 51

STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Action No. 1:17-CR-000124-ABJ |
| v. | |
| GIBSON BUCKLEY CONDIE, | |
| Defendant, | |
| and | |
| WYOMING RETIREMENT SYSTEM, | |
| Garnishee. | |

## FINAL ORDER IN GARNISHMENT

This matter is before the Court on Plaintiff's motion for entry of a final order in garnishment pursuant to 28 U.S.C. § 3205, against property of the judgment defendant, Gibson Buckley Condie.

The Court, having considered the Application for a Writ of Garnishment, the Answer of the Garnishee, and noting that Defendant has not exercised his right to request a hearing or object to the Answer now finds that the entry of the final order of garnishment is appropriate.

**IT IS THEREFORE ORDERED** that Garnishee is hereby ordered to pay into the hands of the Clerk of the United States District Court for the District of Wyoming 25% of each monthly benefit held by Garnishee and owed to defendant.

**IT IS FURTHER ORDERED** that this sum is to be applied upon the judgment rendered in this cause upon which there is an unpaid balance of $2,058,669.49 as of April 16, 2019.

Checks should be made payable to "Clerk of United States District Court" and mailed to:

Clerk, United States District Court for the District of Wyoming
2120 Capitol Avenue
Room 2131
Cheyenne, WY 82001

DATED this 16TH day of April, 2019.

ALAN B. JOHNSON
United States District Court Judge
District of Wyoming

2