Stephen H. Kline #5-1761
KLINE, MCCORKLE & PILGER, LLP
P.O. Box 1938
Cheyenne, WY 82003-1938
Tel: (307) 778-7056
Fax: (307) 635-8106
steve@kmplaw.net
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17-CR-124-ABJ |
| GIBSON CONDIE, | ) ) ) |
| Defendant. | ) |

**<u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>**

Stephen H. Kline, attorney of record for Defendant, Gibson Condie, hereby respectfully requests the Court's permission to withdraw as counsel for Defendant in this matter. In support thereof, the undersigned states as follows:

Defendant, Gibson Condie, pled guilty to one felony count in this matter in October 2017, and the remaining counts were dismissed. The Defendant was sentenced in January of 2018, and the file has remained open while the government has gathered and sold assets subject to its liens. The work for which the undersigned was retained is complete, and the Defendant has been contacted concerning the undersigned's withdrawal. Defendant has requested that the undersigned withdraw so that he can proceed with respect to any future issues without having to go through the undersigned. The undersigned has contacted counsel for the United States of America regarding his withdrawal and the circumstances prompting this request for withdrawal Opposing counsel does not oppose the undersigned's withdrawal herein.

WHEREFORE, the undersigned respectfully requests the Court grant this Unopposed Motion to Withdraw as Counsel, thereby providing permission for the undersigned to withdraw as counsel for Defendant herein.

DATED this 23rd day of April, 2019.

*(signature)*
Stephen H. Kline, #5-1761
Kline, McCorkle & Pilger, LLP
P.O. Box 1938
Cheyenne, WY 82003-1938
Tel: (307) 778-7056
steve@kmplaw.net
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify the foregoing pleading was served on this 23rd day of April 2019, and that copies were served as follows:

| | |
|---|---|
| Eric J. Heimann<br>U.S. Attorney's Office<br>P.O. Box 668<br>Cheyenne, WY 82003-0668 | [X] ECF/CM<br>[ ] E-Mail<br>[ ] Overnight Delivery<br>[ ] U.S. Mail |

*(signature)*
Libby Bushell