MARK A. KLAASSEN
United Stated Attorney
C. LEVI MARTIN (WY 6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY  82003
Telephone:  307-772-2124
christopher.martin@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **Criminal Action No. 1:17-CR-000124-J** |
| v. | |
| **GIBSON BUCKLEY CONDIE,** | |
| Defendant, | |
| and | |
| **WYOMING RETIREMENT SYSTEM,** | |
| Garnishee. | |

## MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT-457 Compensation Plan

The plaintiff, the United States of America, by and through United States Attorney for the District of Wyoming, and C. Levi Martin, Assistant United States Attorney, respectfully moves the Court to enter the Final Order in Garnishment in this matter pursuant to 28 U.S.C. § 3205(c)(7). In support of this motion, Plaintiff states:

1.	An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee. (ECF Nos. 86 and 87).

2.      Pursuant to the Writ of Garnishment, the Garnishee filed an Answer stating the Defendant had $5,361.12 in his deferred compensation account, as of April 10, 2019.  (ECF No. 95).

3.      The defendant was served with a copy the Writ of Garnishment and notified of his right to a hearing and object to the Answer of Garnishee.  (ECF No. 88).  Defendant has not returned a request for a hearing to determine exempt property or to object to the Answer.

Under these circumstances, all conditions to the issuance of a final order in garnishment against the property, including nonexempt earnings of Defendant, are fully satisfied and the entry of the final order in garnishment is appropriate.

    Respectfully submitted,

    MARK A. KLAASSEN
    United States Attorney

By:    /s/ *C. Levi Martin*
    C. LEVI MARTIN
    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing **MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT** on ECF No. 86 upon the parties by mailing a copy thereof to the following on this 23rd day of April 2019:

Wyoming Retirement System
c/o Ben Brandes
6101 Yellowstone Road, Suite 500
Cheyenne, WY  82009

Mr. Gibson B. Condie
1106 Douglas Avenue
Yankton, SD  57078

Stephen H. Kline
401 W. 19th Street
Suite 306
PO Box 1938
Cheyenne, WY  82003-1938

/s/ Kathy W. Eckhardt
Kathy W. Eckhardt
Legal Assistant
Financial Litigation Unit
P.O. Box 668
Cheyenne, WY 82003-0668