FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 APR 23 PM 12: 20

STEPHAN HARRIS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal Action No. 1:17-CR-000124-J |
| v. | |
| GIBSON BUCKLEY CONDIE, | |
| Defendant, | |
| and | |
| WYOMING RETIREMENT SYSTEM, | |
| Garnishee. | |

## FINAL ORDER IN GARNISHMENT

This matter is before the Court on Plaintiff's motion for entry of a final order in garnishment pursuant to 28 U.S.C. § 3205, against property of the judgment defendant, Gibson Buckley Condie.

The Court, having considered the Application for a Writ of Garnishment, the Answer of the Garnishee, and noting that Defendant has not exercised his right to request a hearing or object to the Answer now finds that the entry of the final order of garnishment is appropriate.

**IT IS THEREFORE ORDERED** that Garnishee is hereby ordered to pay into the hands of the Clerk of the United States District Court for the District of Wyoming the balance of the amount in the 457 deferred compensation account held by the Wyoming Retirement System ($5,361.12 as of April 10, 2019).

**IT IS FURTHER ORDERED** that this sum is to be applied upon the judgment rendered in this cause upon which there is an unpaid balance of $2,058,644.49 as of April 23, 2019.

Checks should be made payable to "Clerk of United States District Court" and mailed to:

    Clerk, United States District Court for the District of Wyoming
    2120 Capitol Avenue
    Room 2131
    Cheyenne, WY  82001

DATED this _23rd_ day of April, 2019.

                                            _/s/ Alan B. Johnson_
                                            ALAN B. JOHNSON
                                            United States District Court Judge
                                            District of Wyoming