MARK A. KLAASSEN
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82001
(307) 772-2124
christopher.martin@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Criminal No. 2:17-cr-00124-ABJ** |
| **GIBSON BUCKLEY CONDIE,** | |
| Defendant, | |
| and | |
| **WYOMING RETIREMENT SYSTEM,** | |
| Garnishee. | |

## ACCOUNTING IN GARNISHMENT

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Final Order in Garnishment filed in the above-entitled action.

Pursuant to the Final Order in Garnishment issued on or about April 23, 2019, and since that time, $8,904.00 has been withheld from the judgment debtor and applied to the judgment debt.

DATED May 19, 2020.                MARK A. KLAASSEN
                                   United States Attorney

                          By:  /s/ *C. Levi Martin*
                               C. LEVI MARTIN
                               Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2020, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Gibson Condie
Register No. 16697-091
FPC Yankton
PO Box 700
Yankton, SD 57078

*/s/ Teresa L. Gonzalez*
For the United States Attorney's Office
