**FILED**



*12:47 pm, 6/24/20*

**Margaret Botkins**
**Clerk of Court**

17-cr-00124-ABJ-1

June 16, 2020

The Honorable Alan B. Johnson
United States District Court
District of Wyoming
2120 Capitol Avenue
Cheyenne, WY 82001

Judge Johnson,

My name is Gibson B. Condie and in January of 2018 I was sentenced by the court to a 36 month term in federal prison followed by 36 months of supervised probation. I have recently been released from prison and am currently on home confinement. I am scheduled to be released from BOP custody on September 4th of this year, at which time I will begin my three years of probation.

Under the terms of the First Step Act (FSA), signed into law in December of 2018, qualifying prisoners are to receive a variety of benefits including an additional seven days of good conduct time for each year of sentence, programming benefits to increase halfway house time, and sentence reductions of 33% for qualifying offenders who are 60 years of age or older. I was granted the additional good conduct days but was denied the programming credits I had earned with the stated reason being that the BOP was administratively unprepared to grant programming credits prior to the time of my scheduled release.

On May 17, 2020, two days prior to my release from federal prison, I turned 60 years of age. I am writing to petition the court to grant me the one third reduction in sentence for elderly offenders which is articulated in the FSA. As mentioned, I was sentenced by the court to three years incarceration and three years of probation for a total of six years. I am asking that the final two years of my probation, or one third of my total sentence be suspended and that I be released from probation on September 4, 2021.

I would further ask that the court consider granting me the eight months of programming credits which was denied by the BOP for administrative reasons. Upon request I can provide the court with documentation of the programming which I completed while incarcerated. If the court were to grant this additional request I would be released from probation on January 4, 2021.

In making these requests to the court I would point out that I am fully compliant with all terms and conditions of my probation including making monthly payments towards restitution. I will, of course, live the remainder of my life in compliance with all terms and conditions of probation which is, essentially, to live a law-abiding life. Neither the public need for safety or the demands of justice would be in any way compromised by my being released from probation next January. In fact, once off probation the opportunities for me to earn a greater personal income are significantly increased which would significantly increase my monthly restitution payments.

Certainly if there are conditions that the court would impose as a precondition to releasing me from probation next January I would happily comply.

Respectfully Submitted,

Gibson B. Condie, Ph.D.

Gibson B. Condie, Ph.D
1054 Vali Road
Powell, Wyoming 82435



CASPER WY 826
17 JUN 2020 PM 2 T

THE HONERABLE ALAN B. JOHNSON
U.S. DISTRICT JUDGE FOR THE DIST. OF WYOMING
2120 CAPITOL AVENUE
CHEYENNE, WY 82001

82001$3656