L. ROBERT MURRAY
Acting United States Attorney
C. LEVI MARTIN (WY Bar # 6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
christopher.martin@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**REAL PROPERTY AND PREMISES KNOWN AS 1054 VALI ROAD, POWELL, WYOMING,**<br><br>Defendant-Property. | Criminal No. 2:17-cr-00124-ABJ-1 |

## UNITED STATES' RELEASE OF LIS PENDENS

For and in consideration of Claimant Gibson Condie's payment of $211,000.00 in certified funds, the United States does hereby discharge and release the Notice of Lis Pendens recorded on June 12 2017, Recording Number 2017-2788, in the Office of the Park County Clerk and Recorder, and releases its claims against the following property located at 1054 Vali Road, Powell, Park County, Wyoming, more particularly described as follows:

**1054 Vali Road, Powell, Wyoming:** Lot 6-B, SANDERS SUBDIVISION SECOND FILING as recorded in the records of the County Clerk and Recorder of Park County, Wyoming.

DATED: July 7, 2021

L. ROBERT MURRAY
Acting United States Attorney

By:  /s/ C. Levi Martin
C. LEVI MARTIN
Assistant United States Attorney