October 13, 2021

RECEIVED
OCT 15 2021
Judge's Chambers

FILED



*1:49 pm, 10/28/21*

**Margaret Botkins**
**Clerk of Court**

The Honorable Alan Johnson
Joseph C. O'Mahoney Building
2120 Capitol Avenue
Cheyenne, WY 82001

Judge Johnson,

My name is Gibson Condie and in January of 2018 I appeared in your court for sentencing on a charge of health insurance fraud. At that time I was sentenced by the court to a three year term of imprisonment followed by three years of probation and restitution of approximately $2.28 million. I was released from prison on May 19, 2020 and began my probation on September 1, 2020. In an objection to a petition that I made earlier to this court the prosecutor in my case, Mr. Heiman, noted that after one year of probation I would be permitted to petition the court to suspend the remaining two years of probation and release me. On August 31, 2021 I completed one year of supervision.

My purpose in writing is to formally ask the court to release me from probation and suspend or set aside (I'm uncertain of the correct legal terminology here) the remaining months. I suspect that at least one objection to this request will be raised because of the restitution amount which remains outstanding. Please note that I have retired from the practice of psychology and have been receiving my income from the Wyoming Retirement System. I have signed the necessary garnishment documents to permit the state of Wyoming to divert 25% of my retirement checks to the federal government in order to meet my monthly restitution obligation. My probation officer, Mr. Eddie Lobatos, can confirm that these garnishments have been taking place on a monthly basis since benefits began in April of 2019 and will continue for a period of 20 years, at which point the federal government can extend the garnishment for an additional 20 years (at which point I will be 100 years old). Further, the government will undoubtedly move to garnish a percentage of my social security benefit once that begins in the coming years. Thus my compliance with the monthly restitution payment is ensured, not just by my commitment to pay this debt and stay out of prison, but by the legal garnishment of my income.

My wife has listed her home in Powell, Wyoming for sale and is actively seeking employment and the purchase of a home in the Walla Walla, Washington area so that she (and I) can reside closer to our only grandchildren. I have initiated the process of getting permission from the office of Probation and Parole to make this move with my wife however the move would be much easier if I were to be released from probation. This release would also help me to more cleanly "make a fresh start" in the pacific northwest, if fresh starts are possible for someone who is 61 years of age. I will await the court's decision.

Regards,

Gibson B. Condie, Ph.D.
1054 Vali Road
Powell, WY. 82435

Gibson B. Condie, Ph.D.
1054 Vali Road
Powell, Wyoming 82435



CASPER WY 826
13 OCT 2021 PM 2 L

THE HONORABLE ALAN JOHNSON
JOSEPH C. O'MAHONEY BUILDING
2120 CAPITOL AVENUE
CHEYENNE, WY 82001

8200133666 C015