IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 OCT 28 PM 12:48
MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| VS. | Case No. 17-CR-00124-J |
| GIBSON CONDIE, | |
| Defendant, | |

## ORDER GRANTING REQUEST TO TERMINATE SUPERVISED RELEASE

THIS MATTER has come before the court from the letter request of Gibson B. Condie seeking the court's order terminating the three years term of supervised release. Defendant was sentenced in this court for Health Care Fraud in violation of 18 U.S.C. § 1347 on January 8, 2018. As part of his sentence a term of 3 years of supervised release and restitution in the sum of $2,283,702.49 was imposed. On May 19, 2020, he was released from confinement and commenced serving the term of supervision. He has served over one year on supervision without incident.

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—

(1) Terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that

such action is warranted by the conduct of the defendant released and the interest of justice; * * *

18 U.S.C. § 3583(e)(1). I have contacted the supervising United States Probation Officer and have learned that the Defendant has met the factors set forth in 18 U.S.C. § 3553(a) and a year has passed following Mr. Condie's release from confinement. Pursuant to a continuing garnishment, restitution in the sum of approximately $700 per month is being made (25% of Wyoming State Retirement). Mr. Condie has retired as a practicing psychologist holding a doctorate in that profession and has obtained a commercial driver's license. He is now gainfully employed in the trucking industry. Defendant plans to move his residence to the State of Washington in order to reside close to children and grandchildren. Defendant is 61 years of age and intends to perform gainful employment until he chooses to seek Social Security which may also be subject to garnishment. I find that Defendant, Gibson B. Condie should be discharged and terminated from further supervised release.

**IT IS SO ORDERED.**

Dated this 27th day of October, 2021.

Alan B. Johnson
United States District Judge