L. ROBERT MURRAY
United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
(307) 772-2124
christopher.martin@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 2:17-cr-00124-ABJ |
| **GIBSON BUCKLEY CONDIE,** | |
| Defendant, | |
| and | |
| **WYOMING RETIREMENT SYSTEM,** | |
| Garnishee. | |

## ACCOUNTING IN GARNISHMENT

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following accounting of the monies and property received under the Final Order in Garnishment filed in the above-entitled action.

Pursuant to the Final Order in Garnishment issued on or about April 23, 2019, $23,002.00 has been withheld from the judgment debtor and applied to the judgment debt.

DATED: December 22, 2021.

                                            L. ROBERT MURRAY
                                            United States Attorney

By:  /s/ *C. Levi Martin*
       C. LEVI MARTIN
       Assistant United States Attorney

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I served a true and correct copy of the foregoing upon Defendant, pro se, by depositing with the United States Postal Service, first-class postage prepaid, as follows:

Gibson Condie
1054 Vali Road
Powell, WY 82435

　　　　　　　　　　　　　　　　　　　　　　*/s/ Teresa L. Fisher*
　　　　　　　　　　　　　　　　　　　　For the United States Attorney's Office